UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 25, 2016

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAKEIMA GARCIA,

Defendant.

Case No. 2:16-mj-00105-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

---

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TAKEIMA GARCIA ,

Case No. 2:16-mj-00105-CKD from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X   Unsecured Appearance Bond $   50,000, cosigned by
mother and aunt.

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X   (Other): Pretrial services conditions.

Issued at Sacramento, California on May 25, 2016~~May 25, 2016~~ at

3:10 pm

By:   _Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney